ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>$131,132.00 IN U.S. CURRENCY,<br><br>           Defendant.<br><br>SCOTT FEIL,<br><br>           Claimant. | NO.  CV 06-1623 ABC(CTx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on March 16, 2006.[1]  Notice was given and published in accordance with law.  Claimant Scott Feil ("claimant") filed a verified claim on April 12, 2006 and an answer on April 21, 2006.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and claimant, from whom the $131,132.00 in U.S. currency ("defendant currency") was seized, have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to the entirety of the defendant currency, plus all interest earned by the government on the full amount of the

---

[1] This civil forfeiture case has been stayed since September 10, 2007, pending the resolution of a criminal case involving claimant Scott Feil, entitled <u>United States v. Scott Eric Feil, et al.</u>, CR No. 09-00863 JSW, filed in the Northern District of California.  On or about September 1, 2011, claimant entered into a plea agreement with the government in the criminal case.  As part of his plea agreement, claimant agreed to forfeit the defendant currency named in this action.

2

        defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: <u>Sept. 14, 2011</u>

*Audrey B. Collins*

_____
THE HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

1 | **Approved as to form and content:**

2 | Dated:            , 2011      ANDRÉ BIROTTE JR.
                                  United States Attorney
3                                 ROBERT E. DUGDALE
                                  United States Attorney
4                                 Chief, Criminal Division
                                  STEVEN R. WELK
5                                 Assistant United States Attorney
                                  Chief, Asset Forfeiture Section
6
                                  _____
7                                 P. GREG PARHAM
                                  Assistant United States Attorney
8                                 Asset Forfeiture Section

9                                 Attorneys for Plaintiff
                                  United States of America
10

11 | Dated:            , 2011

12                                _____
                                  PAUL L. GABBERT
13                                Attorney for Claimant
                                  SCOTT FEIL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28